GEOFFREY A. HANSEN
Acting Federal Public Defender
HEATHER R. ROGERS
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant JOSE VALLADARES-AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00421 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING HEARING DATE |
| vs. ) | |
| ) | |
| JOSE VALLADARES-AGUILAR, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## STIPULATION

Defendant Jose Valladares-Aguilar, by and through Assistant Federal Public Defender Heather R. Rogers, and the United States, by and through Special Assistant United States Attorney Ann Marie E. Ursini, hereby stipulate that, with the Court's approval, the status hearing currently set for February 2, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to February 23, 2012, at 9:00 a.m.

The reason for the requested continuance is that defense counsel was recently assigned to the case and requires additional time consult with Mr. Valladares-Aguilar regarding a proposed settlement. The parties therefore respectfully request a continuance to February 23, 2012, at 9:00 a.m.

Stipulation and [] Order Continuing
Hearing, 11-00421 DLJ                   1

The parties agree that the time between February 2, 2012, and February 23, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: February 1, 2012

_____/s/_____
HEATHER ROGERS
Assistant Federal Public Defender

Dated:  February 1, 2012

_____/s/_____
ANN MARIE E. URSINI
Special Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for February 2, 2012, at 9:00 a.m., before the Honorable D. Lowell Jensen, shall be continued to February 23, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between February 2, 2012, and February 23, 2012, would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between February 2, 2012, and February 23, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between February 2, 2012, and February 23, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

Stipulation and [] Order Continuing
Hearing, 11-00421 DLJ                    2

1     IT IS SO ORDERED.

2 Dated: _____

                                          HON. D. LOWELL JENSEN
                                          United States District Court Judge

Stipulation and [] Order Continuing Hearing, 11-00421 DLJ     3